GIRARD TRUST COMPANY et al., executors and trustees of the estate of Amelia Craig Tobin, deceased, complainants-appellants,

*v.*

ROBERT PEACOCK, defendant-respondent.

[Decided January 5th, 1934.]

*Messrs. Cole & Cole,* for the appellants.

*Messrs. Harcourt & Steelman,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Sooy in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.